DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Eberhardt, Franklin, Barham & Coleman, H. C. Eberhardt, Copeland & Smith, J. Lundie Smith,* contra.

37278. STATE HIGHWAY DEPARTMENT *v.* PARRA-MORE *et al.*

GARDNER, Presiding Judge.  This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552).  It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed.  Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.

*Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, Henry T. Brice,* for plaintiff in error.

*Copeland & Smith, J. B. Copeland, Eberhardt, Franklin, Barham & Coleman, H. C. Eberhardt,* contra.

37279. STATE HIGHWAY DEPARTMENT *v.* EBER-HARDT *et al.*

GARDNER, Presiding Judge.  This case involves practically the same facts and the same principles of law as are shown in *Woodside* v. *City of Atlanta,* 214 Ga. 75 (103 S. E. 2d 108) and *State Highway Dept.* v. *Blalock,* 98 Ga. App. 630 (106 S. E. 2d 552).  It follows that the decisions rendered in those cases are controlling in the instant case.

*Judgment affirmed.  Townsend and Carlisle, JJ., concur.*

DECIDED FEBRUARY 2, 1959.